IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA D. SOTO PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE,[1] | : | |
| Commissioner of Social Security | : | NO. 06-4518 |

## ORDER

AND NOW, this 15th day of November, 2007, upon consideration of plaintiff's motion for summary judgment and defendant's response to plaintiff's request for review, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as plaintiff requests a remand;

3. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

RONALD L. BUCKWALTER, J.

---

[1] Michael J. Astrue became the Commissioner of the Social Security Administration effective Feb. 12, 2007. Under Fed. R. Civ. P. 25(d)(1) and 24 U.S.C. § 405(g), he is automatically substituted as the defendant in this action.